**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Paragon Direct, LLC**                              CASE NO  **24-32183**

                                                            CHAPTER  **7**

*Supplemental*
**VERIFICATION OF CREDITOR MATRIX**

   The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/22/2024                           Signature  /s/ Howard Marc Spector
                                                     *Howard Marc Spector*
                                                     *Receiver*

Date _____            Signature _____

```
Allandale Falls 1000, LLC
1000 University Blvd
Kingsport, Tennessee

Audelia Property Owner, LLC
13015 & 13030 Audelia Rd
Dallas, Texas 75243

Brandy Mill 2416, LLC
2416 E Stone Dr
Kingsport, Tennessee 37660

CH Industry PTE.LTD.
2 Venture Drive #11-31 Vision Exchange
Singapore,  608526

Cross Creek 2601, LLC
2601 N John B Dennis Hwy
Kingsport, Tennessee 37660

Dallas City Hall
1500 Marilla St.
Dallas, Texas 75201


Erik Fishman
3203 McKinney Ave
Dallas, TX 75204

Estrada 180, LLC
3203 McKinney Avenue
Dallas, Texas 75204

Financial Agent Services
PO Box 2576
Springfield, IL 62708

First Citizens Bank
Attn Christopher Diharce
155 Commerce Way
Portsmouth, NH 03801

General Counsel Argo Group US, Inc.
P.O. Box 469011
San Antonio, Texas 78246

Guangzhou Dawson Electric Technology CO.
Room No 1004, Vanke Fenghui,
No. 199 Tongfu West Road, Haizhu Distric
Guangzhou, China
```

Haichi Pipeline Industry CO., LTD
34C7+PM9, Bo Win, Si Racha District
Chon Buri, Thailand 20230

Howard Marc Spector
12770 Coit Rd, St 850
Dallas, TX 75251

Hunt Lane 534, LLC
534 Hunt Ln
San Antonio, Texas 78245

Imperial PFF
1055 Broadway Blvd 11th Floor
Kansas City, Missouri 64105

Infinite
7001 SW 24th Avenue
Gainesville, Florida 32607-3704

IPFS Corporation
170 Northpointe Pkwy Ste 300
Amherst, New York 14228

Jacob Kring
1900 N Pearl St Ste 1800
Dallas, Texas 75201

Jason Chamberlain
3501 Concord Road, Suite 350
York, PA 17402

Jason Friedman
17304 Preston Rd Ste 300
Dallas, Texas 75252

Jay Madden
PO Box 6591
McKinney, TX 75071

KC Global Supply LLC
5600 W Lovers Ln Ste 116-338
Dallas, Texas 75209-7830

Landings 230, LLC
230 Silver Lake Rd
Church Hill, Tennessee 37642

Moore Gangske Murr Sessions pllc

15851 Dallas Parkway, Suite 180
Addison, Texas 75001

Reece Stewart
1507 Capital Ave
Plano, Texas 75074

Solaris
11515 Leisure Dr
Dallas, Texas 75243

South Padre 8033, LLC
8033 S Padre Island Dr
Corpus Christi, Texas 78412

Spiro Trajcevski
c/o Jason Friedman
17304 Preston Rd Ste 300
Dallas, Texas 75252

Spring Valley 1330, LLC
1330 W Spring Valley Rd
Richardson, Texas 75080

Texas Comptroller
State Comptroller of Public Accounts
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

TXU Enery Retail Company LLC
6555 Sierra Dr
Irving, Texas 75039

USA Business Insurance
1419 N San Fernando Blvd. Suite 210
Burbank, California 91504

William Sessions
15851 Dallas Pkwy Ste 180
Addison, Texas 75001